IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOSHUA LEE PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-137 |
| | ) | |
| SGT. ANTWUAN SMYRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's

Report and Recommendation, to which no objections have been filed.  Accordingly, the Court

**ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES**

this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 21st day of November 2014, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA